# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **BERTHA AGUAYO,** | ) |
| **Petitioner,** | ) |
| v. | ) Case No. 7:24-cv-00340-LCB-NAD |
| **WARDEN K. NEELY, et al.,** | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation on December 5, 2024, recommending that this petition for habeas corpus relief, filed pursuant to 28 U.S.C. § 2241, be denied. (Doc. 10). Although the parties were advised of their rights to file objections to the report and recommendation (*Id*. at 7-8), no objections have received by the court and the time limitation for filing has expired.

After a *de novo* consideration of the entire file in this action, including the report and recommendation, the Court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The Court finds that the petition for writ of habeas corpus is due to be **DENIED**.

A separate order will be entered.

**DONE** and **ORDERED** this January 8, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE